SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br><br>Santos Ortiz, et al,<br><br><br><br>Defendants | Case No.: CIV.S 08-cv-03005-JAM-JFM<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF LEO J. ALBUSCHE AND ORDER**<br><br><br>Complaint Filed: DECEMBER 11, 2008<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Leo J. Albusche) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open with remaining Defendants. Defendant (Leo J. Albusche) is dismissed because this Defendant is deceased.

Dated: February 12, 2009                      /s/Scott N. Johnson_____
                                              SCOTT N. JOHNSON
                                              Attorney for Plaintiff

1

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                                              CIV: S-08-03005-JAM-JFM

PDF created with pdfFactory trial version www.pdffactory.com

1 | **IT IS SO ORDERED**.
2 |
3 | Dated: 2/12/2009
  |                                    /s/ John A. Mendez
4 |                                    U.S. DISTRICT JUDGE

2

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
CIV: S-08-03005-JAM-JFM

PDF created with pdfFactory trial version www.pdffactory.com