SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>    Plaintiff,<br><br>   vs.<br><br>Santos Ortiz, et al,<br><br><br>    Defendants | Case No.: CIV.S 08-cv-03005-JAM-JFM<br><br>**STIPULATED DISMISSAL OF DOLA ALBUSCHE AND ORDER**<br><br>Complaint Filed: DECEMBER 11, 2008<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, that Defendant (Dola Albusche) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open with remaining Defendants. Defendant (Dola Albusche) is dismissed because Plaintiff and this Defendant have settled their dispute.

PDF created with pdfFactory trial version www.pdffactory.com

1  Dated: July 9, 2009                              /s/Scott N. Johnson
2                                                    SCOTT N. JOHNSON
                                                     Attorney for Plaintiff
3

4  Dated: July 10, 2009                             /s/Michael E. Petersen
5                                                    MICHAEL E. PETERSEN
                                                     Attorney for Defendant,
6                                                    DOLA ALBUSCHE

7  **IT IS SO ORDERED**.
8

9  Dated: July 14, 2009                             /s/ John A. Mendez
10                                                   U. S. DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com